March 1, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HOUSE PRO, INC., Appellant

NO. 14-11-00999-CV                    V.

EPMA CORPORATION D/B/A JOHNSTONE SUPPLY OF HOUSTON, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on July 20, 2011. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by HOUSE PRO, INC.

We further order this decision certified below for observance.